IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 99-41289
Conference Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRAIG ANTHONY SORRELL,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:93-CR-9-2
--------------------
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Craig
Anthony Sorrell has moved to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Sorrell
has received a copy of counsel's motion and brief but has not
filed a response.  Our independent review of the brief and the
record discloses no nonfrivolous issue for appeal.  Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

————————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.